# EXHIBIT C

| US7194737B2 – Claim 1 as applied to VMware vSphere ||
|---|---|
| **A method for upgrading an operating system on a mainframe computer system, said method comprising:**<br><br>automatically receiving source profile information, said source profile information representing an existing configuration of at least one of hardware and software on said mainframe computer system;<br><br>using a client computer system to generate a base operating system, said base operating system comprising a configuration of operating system software components for said mainframe computer system, wherein the client computer system communicates with said mainframe computer system over a communication network;<br><br>transferring said base operating system from said client computer system to said mainframe computer; and<br><br>using the client computer system to automatically customize said base operating system comprising said mainframe computer system to incorporate elements in said source profile information, wherein after said base operating system is customized, said mainframe computer system is automatically adapted for an initial program load. | In vSphere, ESXi provides the virtualization capabilities that aggregate and present the host hardware to virtual machines as a normalized set of resources. **Virtual machines can run on ESXi hosts that vCenter Server manages.**<br>vCenter Server lets you pool and manage the resources of multiple hosts and lets you effectively monitor and manage your physical and virtual infrastructure. **You can manage resources for virtual machines, provision virtual machines, schedule tasks, collect statistics logs, create templates, and more**.<br>vCenter Server also provides vSphere vMotion ™, vSphere Storage vMotion, vSphere Distributed Resource Scheduler (DRS), vSphere High Availability (HA), and vSphere Fault Tolerance. These services enable efficient and automated resource management and high availability for virtual machines. **The VMware vSphere Web Client is the interface to vCenter Server, ESXi hosts, and virtual machines. With the vSphere Web Client, you can connect remotely to vCenter Server.** The vSphere Web Client is the primary interface for managing all aspects of the vSphere environment. **It also provides console access to virtual machines.**<br>The vSphere Web Client presents the organizational hierarchy of managed objects in inventory views. Inventories are the hierarchal structure used by vCenter Server or the host to organize managed objects. This hierarchy includes the monitored objects in vCenter Server. |
| | Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| | **Virtual machines were developed by IBM in the 1960's to provide concurrent, interactive access to a mainframe computer.** Each virtual machine is a replica of the underlying physical machine and users are given the illusion of running directly on the physical machine. Virtual machines also provide benefits like isolation and resource sharing, and the ability to run multiple flavors and configurations of operating systems. VMware tmWorkstation brings such mainframe-class virtual machine technology to PC-based desktop and workstation computers. |
| | Source: https://www.vmware.com/pdf/usenix_io_devices.pdf |
| **Analyst Note:** Evidence demonstrates that VMware infrastructure comprising vCenter Server, ESXi hosts, and virtual machines. Virtual machines run on the ESXi host. Virtual machines include an operating system to provide interactive access to mainframe computers (ESXI host). The VMware vSphere Web Client is the interface to vCenter Server, ESXi hosts, and virtual machines and remotely manage the virtual machine installed/runs on the ESXi host. ||

| US7194737B2 – Claim 1 as applied to VMware vSphere ||
|---|---|
| **A method for upgrading an operating system on a mainframe computer system, said method comprising:**<br><br>automatically receiving source profile information, said source profile information representing an existing configuration of at least one of hardware and software on said mainframe computer system;<br><br>using a client computer system to generate a base operating system, said base operating system comprising a configuration of operating system software components for said mainframe computer system, wherein the client computer system communicates with said mainframe computer system over a communication network;<br><br>transferring said base operating system from said client computer system to said mainframe computer; and<br><br>using the client computer system to automatically customize said base operating system comprising said mainframe computer system to incorporate elements in said source profile information, wherein after said base operating system is customized, said mainframe computer system is automatically adapted for an initial program load. | Virtual Machine Files: **A virtual machine is a software computer that, like a physical computer, runs an operating system and applications.** The virtual machine consists of a set of specification and configuration files and is backed by the physical resources of a host. Every virtual machine has virtual devices that provide the same functionality as physical hardware are more portable, more secure, and easier to manage. A virtual machine consists of several files that are stored on a storage device. The key files are the configuration file, virtual disk file, NVRAM setting file, and log file. You configure virtual machine settings through the vSphere Web Client, one of the vSphere command-line interfaces (PowerCLI, vCLI) or the vSphere Web Services SDK.<br><br>**After you perform an ESX/ESXi upgrade, you can upgrade all of the virtual machines that reside on the host to take advantage of new features.**<br>**The first step in upgrading virtual machines is to upgrade VMware Tools. If the virtual machines do not have VMware Tools installed, you can use the VMware Tools upgrade procedure to install VMware Tools. After you install or upgrade VMware Tools, upgrade the virtual machine compatibility.**<br><br>**VMware offers the following tools for upgrading virtual machines:**<br>**vSphere Web Client: Requires you to perform the virtual machine upgrade one step at a time.**<br><br>VMware Tools:<br>**VMware Tools improves the performance and management of the virtual machine.** VMware Tools is a suite of utilities that you install in the operating system of a virtual machine. **VMware Tools enhances the performance of a virtual machine and makes possible many of the ease-of-use features in VMware products.**<br>**Virtual machines typically have an operating system, VMware Tools, and virtual resources and hardware that you manage in much the same way as you would manage a physical computer.**<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual- |
| **Analyst Note:** Evidence demonstrates that VMware offers the tools for upgrading virtual machine (includes operating system) runs on the ESXI host (mainframe computer) using vSphere web client (client computer system). A virtual machine includes an operating system, VMware tools, and virtual resources and hardware (component). If anyone of the component is upgraded using the vSphere web client, then automatically upgrade the virtual machine on the host. ||

| US7194737B2 – Claim 1 as applied to VMware vSphere ||
|---|---|
| A method for upgrading an operating system on a mainframe computer system, said method comprising:<br><br>**automatically receiving source profile information, said source profile information representing an existing configuration of at least one of hardware and software on said mainframe computer system;**<br><br>using a client computer system to generate a base operating system, said base operating system comprising a configuration of operating system software components for said mainframe computer system, wherein the client computer system communicates with said mainframe computer system over a communication network;<br><br>transferring said base operating system from said client computer system to said mainframe computer; and<br><br>using the client computer system to automatically customize said base operating system comprising said mainframe computer system to incorporate elements in said source profile information, wherein after said base operating system is customized, said mainframe computer system is automatically adapted for an initial program load. | You must create, provision, and deploy your virtual machines before you can manage them. To begin provisioning virtual machines, determine whether to create a single virtual machine and install an operating system and VMware tools, work with templates and clones, or deploy virtual machines, virtual appliances, or vApps stored in Open Virtual Machine Format (OVF). After you provision and deploy virtual machines into the vSphere infrastructure, you can configure and manage them. **You can configure existing virtual machines** by modifying or adding hardware or install or upgrade **VMware Tools.** You might need to manage multitiered applications with VMware vApps or change virtual machine startup and shutdown settings, use virtual machine snapshots, work with virtual disks, or add, remove, or delete virtual machines from the inventory.<br><br>**Adding Existing Virtual Machines to vCenter Server:**<br>**When you add a host to vCenter Server, it discovers all the virtual machines on that managed host and adds them to the vCenter Server inventory.** If a managed host is disconnected, the already discovered virtual machines continue to be listed in the inventory. **If a managed host is disconnected and reconnected, any changes to the virtual machines on that managed host are identified, and the vSphere Web Client updates the list of virtual machines.** For example, if node3 is removed and node4 is added, the new list of virtual machines adds node4 and shows node3 as orphaned.<br><br>**In the vSphere Web Client, you assign each virtual machine to a compatible ESXi host version, cluster, or datacenter by applying a compatibility setting. The compatibility setting determines which ESXi host versions the virtual machine can run on and the hardware features available to the virtual machine.**<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that when any host (mainframe computer) adds to the vCenter server then all the virtual machines managed on the host (source profile information) are discovered and automatically a list of virtual machines are updated on the vSphere web client. Virtual machines consist of a set of specifications and configuration files. The existing configuration of a virtual machine is discovered on the vSphere web client and allows for the customization of the existing configuration of the virtual machine by modifying or adding hardware or install or upgrade VMware Tools or guest operating system for upgrading the virtual machine as shown on next slide. This further illustrates that discovering the existing configuration of software (virtual machines) runs on the ESXi host. ||

| US7194737B2 – Claim 1 as applied to VMware vSphere ||
|---|---|
| A method for upgrading an operating system on a mainframe computer system, said method comprising:<br><br>**automatically receiving source profile information, said source profile information representing an existing configuration of at least one of hardware and software on said mainframe computer system;**<br><br>using a client computer system to generate a base operating system, said base operating system comprising a configuration of operating system software components for said mainframe computer system, wherein the client computer system communicates with said mainframe computer system over a communication network;<br><br>transferring said base operating system from said client computer system to said mainframe computer; and<br><br>using the client computer system to automatically customize said base operating system comprising said mainframe computer system to incorporate elements in said source profile information, wherein after said base operating system is customized, said mainframe computer system is automatically adapted for an initial program load. | A virtual machine is a software computer that, like a physical computer, runs an operating system and applications. **The virtual machine consists of a set of specification and configuration files** and is backed by the physical resources of a host. Every virtual machine has virtual devices that provide the same functionality as physical hardware are more portable, more secure, and easier to manage. A virtual machine consists of several files that are stored on a storage device. The key files are the configuration file, virtual disk file, NVRAM setting file, and log file. **You configure virtual machine settings through the vSphere Web Client, one of the vSphere command-line interfaces (PowerCLI, vCLI) or the vSphere Web Services SDK.**<br>**Creating and Managing Customization Specifications in the vSphere Web Client:**<br>**Customization specifications are XML files that contain guest operating system settings for virtual machines.** When you apply a specification to the guest operating system during virtual machine cloning or deployment, you prevent conflicts that might result if you deploy virtual machines with identical settings, such as duplicate computer names.<br>**Import a Customization Specification in the vSphere Web Client:**<br>**You can import an existing specification using the Customization Specification Manager and use the specification to customize the guest operating system of a virtual machine.**<br>Prerequisites: Before you begin, you must have at least one customization specification saved as an xml file located on a file system accessible from the vSphere Web Client. |
| | Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| | **Configuring Virtual Machines in the vSphere Client VMware vSphere 5: You can add or configure most virtual machine properties** during the virtual machine creation process or after you create the virtual machine and install the guest operating system.<br>**Hardware: View existing hardware configuration and add or remove hardware.** |
| | Source: https://docs.vmware.com/en/VMware-vSphere/5.5/com.vmware.vsphere.hostclient.doc/GUID-345722F3-F46A-4409-98E1-5FF62A4CEFE4.html |
| **Analyst Note:** Evidence demonstrates that existing specification (software/hardware) of virtual machine runs on ESXi host are discovered or imported on the client computer used for upgrading the virtual machine. ||

| US7194737B2 – Claim 1 as applied to VMware vSphere ||
|---|---|
| A method for upgrading an operating system on a mainframe computer system, said method comprising:<br><br>automatically receiving source profile information, said source profile information representing an existing configuration of at least one of hardware and software on said mainframe computer system;<br><br>**using a client computer system to generate a base operating system, said base operating system comprising a configuration of operating system software components for said mainframe computer system, wherein the client computer system communicates with said mainframe computer system over a communication network;**<br><br>transferring said base operating system from said client computer system to said mainframe computer; and<br><br>using the client computer system to automatically customize said base operating system comprising said mainframe computer system to incorporate elements in said source profile information, wherein after said base operating system is customized, said mainframe computer system is automatically adapted for an initial program load. | Virtual Machine Components:<br>**Virtual machines typically have an operating system, VMware Tools, and virtual resources and hardware that you manage in much the same way as you would manage a physical computer.** You install a guest operating system on a virtual machine the same way as you install an operating system on a physical computer. You must have a CD/DVD-ROM or ISO image containing the installation files from an operating system vendor. VMware Tools is a suite of utilities that enhances the performance of the virtual machine's guest operating system and improves management of the virtual machine. With VMware Tools, you have more control over the virtual machine interface.<br><br>**vSphere Web Client:**<br>**All administrative functions are available through the vSphere Web Client. The vSphere Web Client is a cross platform application that can connect only to vCenter Server. It has a full range of administrative functionality and an extensible plug-in-based architecture. Typical users are virtual infrastructure administrators, help desk, network operations center operators, and virtual machine owners. Users can use the vSphere Web Client to access vCenter Server through a Web browser. The vSphere Web Client uses the VMware API to mediate the communication between the browser and the vCenter Server.**<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that the vSphere web client is an internet-based application installed on the client computer system that enables the user to deploy/install the software (operating system, VMware tools, and guest operating system) to the ESXi host (mainframe computer) remotely. The vSphere Web Client uses the VMware API to mediate the communication between the browser and the vCenter Server (connected to the host). This further illustrates that the client computer system communicates with a mainframe computer system over a communication network. ||

| US7194737B2 – Claim 1 as applied to VMware vSphere ||
|---|---|
| A method for upgrading an operating system on a mainframe computer system, said method comprising:<br><br>automatically receiving source profile information, said source profile information representing an existing configuration of at least one of hardware and software on said mainframe computer system;<br><br>**using a client computer system to generate a base operating system, said base operating system comprising a configuration of operating system software components for said mainframe computer system, wherein the client computer system communicates with said mainframe computer system over a communication network;**<br><br>transferring said base operating system from said client computer system to said mainframe computer; and<br><br>using the client computer system to automatically customize said base operating system comprising said mainframe computer system to incorporate elements in said source profile information, wherein after said base operating system is customized, said mainframe computer system is automatically adapted for an initial program load. | Installing a Guest Operating System: **A virtual machine is not complete until you install the guest operating system and VMware Tools. Installing a guest operating system in your virtual machine is essentially the same as installing it in a physical computer.**<br><br>Virtual Machine Lifecycle: **You create and deploy virtual machines into your datacenter in a several ways.** You can create a single virtual machine and install a guest operating system and VMware Tools on it. **You can clone or create a template from an existing virtual machine, or deploy OVF templates.**<br><br>**Customizing Guest Operating Systems in the vSphere Web Client:**<br>**When you clone a virtual machine or deploy a virtual machine from a template, you can customize the guest operating system of the virtual machine to change properties such as the computer name, network settings, and license settings.** Customizing guest operating systems can help prevent conflicts that can result if virtual machines with identical settings are deployed, such as conflicts due to duplicate computer names. You can specify the customization settings by launching the Guest Customization wizard during the cloning or deployment process. Alternatively, you can create customization specifications, which are customization settings stored in the vCenter Server database. During the cloning or deployment process, you can select a customization specification to apply to the new virtual machine. Use the Customization Specification Manager to manage customization specifications you create with the Guest Customization wizard.<br><br>**Clone a Template to a Template in the vSphere Web Client:**<br>After you create a template, you can clone it to a template. **Templates are master copies of virtual machines that let you create ready-for-use virtual machines. You can make changes to the template, such as installing additional software in the guest operating system, while preserving** |
|  | Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that the user (programmer) creates (generate) a template (base operating system) from an existing virtual machine using a vSphere web client (client computer system). The template comprising a guest operating system and make changes to the template, such as installing additional software in the guest operating system (template) to upgrade the virtual machines. ||

| US7194737B2 – Claim 1 as applied to VMware vSphere ||
|---|---|
| A method for upgrading an operating system on a mainframe computer system, said method comprising:<br><br>automatically receiving source profile information, said source profile information representing an existing configuration of at least one of hardware and software on said mainframe computer system;<br><br>**using a client computer system to generate a base operating system, said base operating system comprising a configuration of operating system software components for said mainframe computer system,** wherein the client computer system communicates with said mainframe computer system over a communication network;<br><br>transferring said base operating system from said client computer system to said mainframe computer; and<br><br>using the client computer system to automatically customize said base operating system comprising said mainframe computer system to incorporate elements in said source profile information, wherein after said base operating system is customized, said mainframe computer system is automatically adapted for an initial program load. | **The VMware vSphere Web Client is the interface to vCenter Server, ESXi hosts, and virtual machines. With the vSphere Web Client, you can connect remotely to vCenter Server. The vSphere Web Client is the primary interface for managing all aspects of the vSphere environment. It also provides console access to virtual machines.**<br>The vSphere Web Client presents the organizational hierarchy of managed objects in inventory views. Inventories are the hierarchal structure used by vCenter Server or the host to organize managed objects. This hierarchy includes the monitored objects in vCenter Server.<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf<br><br><br><br>Source: https://jpaul.me/wp-content/uploads/2010/05/ESXi_Getting_Started_Guide_509678_004.pdf |
| **Analyst Note:** Evidence demonstrates that VMware infrastructure comprising vCenter Server, ESXi hosts, and virtual machines. The VMware vSphere Web Client is the interface to vCenter Server, ESXi hosts, and virtual machines and remotely manage or deploy/install the virtual machine installed/runs on the ESXI host (mainframe computer). ||

| US7194737B2 – Claim 1 as applied to VMware vSphere ||
|---|---|
| A method for upgrading an operating system on a mainframe computer system, said method comprising:<br><br>automatically receiving source profile information, said source profile information representing an existing configuration of at least one of hardware and software on said mainframe computer system;<br><br>using a client computer system to generate a base operating system, said base operating system comprising a configuration of operating system software components for said mainframe computer system, wherein the client computer system communicates with said mainframe computer system over a communication network;<br><br>**transferring said base operating system from said client computer system to said mainframe computer; and**<br><br>using the client computer system to automatically customize said base operating system comprising said mainframe computer system to incorporate elements in said source profile information, wherein after said base operating system is customized, said mainframe computer system is automatically adapted for an initial program load. | **The Client Integration Plug-in provides access to a virtual machine's console in the vSphere Web Client, and provides access to other vSphere infrastructure features.** The Client Integration Plug-in also lets you log in to the vSphere Web Client by using Windows session credentials. **You use the Client Integration Plug-in to deploy OVF or OVA templates and transfer files with the datastore browser. You can also use the Client Integration Plug-in to connect virtual devices that reside on a client computer to a virtual machine.**<br><br>Change the CD/DVD Drive Configuration in the vSphere Web Client:<br>**You can configure DVD or CD devices to connect to client devices, host devices, or Datastore ISO files.**<br><br>Configure a Host Device Type for the CD/DVD Drive in the vSphere Web Client:You can configure the virtual machine's CD/DVD drive to connect to a physical CD or DVD device on the host so that you can install a guest operating system, VMware Tools, or other applications.<br><br>Configure a Datastore ISO File for the CD/DVD Drive in the vSphere Web Client: **To install a guest operating system and its applications on a new virtual machine, you can connect the CD/DVD device to an ISO file that is stored on a datastore accessible to the host.**<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that deploy the guest operating system (template includes base operating system) to the ESXi host (mainframe computer) using the vSphere web client by transferring the ISO files that are stored on a datastore accessible to the host. The guest operating system includes ISO files. ||

| US7194737B2 – Claim 1 as applied to VMware vSphere ||
|---|---|
| A method for upgrading an operating system on a mainframe computer system, said method comprising:<br><br>automatically receiving source profile information, said source profile information representing an existing configuration of at least one of hardware and software on said mainframe computer system;<br><br>using a client computer system to generate a base operating system, said base operating system comprising a configuration of operating system software components for said mainframe computer system, wherein the client computer system communicates with said mainframe computer system over a communication network;<br><br>transferring said base operating system from said client computer system to said mainframe computer; and<br><br>**using the client computer system to automatically customize said base operating system comprising said mainframe computer system to incorporate elements in said source profile information, wherein after said base operating system is customized, said mainframe computer system is automatically adapted for an initial program load.** | Creating and Managing Customization Specifications in the vSphere Web Client: You can create and manage customization specifications for Windows and Linux guest operating systems. **Customization specifications are XML files that contain guest operating system settings for virtual machines.** When you apply a specification to the guest operating system during virtual machine cloning or deployment, you prevent conflicts that might result if you deploy virtual machines with identical settings, such as duplicate computer names.<br><br>Import a Customization Specification in the vSphere Web Client: **You can import an existing specification using the Customization Specification Manager, and use the specification to customize the guest operating system of a virtual machine.**<br>Prerequisites Before you begin, you must have at least one customization specification saved as an xml file located on a file system accessible from the vSphere Web Client.<br><br>**VMware offers the following tools for upgrading virtual machines:**<br>**vSphere Web Client: Requires you to perform the virtual machine upgrade one step at a time.**<br><br>**vSphere Update Manager: Automates the process of upgrading and patching virtual machines, ensuring that the steps occur in the correct order. You can use Update Manager to directly upgrade virtual machine hardware, VMware Tools, and virtual appliances. You can also patch and update third-party software running on the virtual machines and virtual appliances.**<br><br>**Clone a Template to a Template in the vSphere Web Client:**<br>After you create a template, you can clone it to a template. **Templates are master copies of virtual machines that let you create ready-for-use virtual machines. You can make changes to the template, such as installing additional software in the guest operating system, while preserving the state of the original template.** |
|  | Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that the virtual machines consist of a set of specifications and configuration files. The existing configuration of the virtual machine is discovered and created as a template (base/guest operating system) on the vSphere web client and allows for the customization of the existing configuration of the virtual machine by modifying or adding hardware or install or upgrade VMware Tools or guest operating system for upgrading the virtual machine. ||

| US7194737B2 – Claim 1 as applied to VMware vSphere ||
|---|---|
| A method for upgrading an operating system on a mainframe computer system, said method comprising:<br><br>automatically receiving source profile information, said source profile information representing an existing configuration of at least one of hardware and software on said mainframe computer system;<br><br>using a client computer system to generate a base operating system, said base operating system comprising a configuration of operating system software components for said mainframe computer system, wherein the client computer system communicates with said mainframe computer system over a communication network;<br><br>transferring said base operating system from said client computer system to said mainframe computer; and<br><br>**using the client computer system to automatically customize said base operating system comprising said mainframe computer system to incorporate elements in said source profile information, wherein after said base operating system is customized, said mainframe computer system is automatically adapted for an initial program load.** | **Virtual machines are encapsulated in a small number of files. One of the important files is the configuration file (.vmx file). This file governs the performance of the virtual hardware and other settings.** You can use several methods to see and modify the configuration settings:<br>• Open the .vmx file directly in a text editor.<br>• **Use the vSphere Web Client to edit virtual machine settings. In the vSphere Web Client, editing these configuration parameters is an advanced option in the virtual machine Edit Settings dialog box.**<br>• **Use the vSphere Client to edit virtual machine settings. In the vSphere Client, editing these configuration parameters is an advanced option in the virtual machine Edit Settings dialog box.**<br>• **Use a vSphere API-based tool, such as Power CLI, to view and modify .vmx parameters.**<br><br>**After you edit a setting, the change does not take effect until you restart the virtual machine.**<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that after editing (customized or modified) the virtual machine setting (includes configuration files of the existing virtual machine), the change does not take effect until the user restarts the virtual machine using vSphere web client (client computer system). The restart term is the equivalent to initial program load (IPL) is used to to upgrade the virtual machine after customization. ||

| US7194737B2 – Claim 1 as applied to VMware vSphere ||
|---|---|
| A method for upgrading an operating system on a mainframe computer system, said method comprising:<br><br>automatically receiving source profile information, said source profile information representing an existing configuration of at least one of hardware and software on said mainframe computer system;<br><br>using a client computer system to generate a base operating system, said base operating system comprising a configuration of operating system software components for said mainframe computer system, wherein the client computer system communicates with said mainframe computer system over a communication network;<br><br>transferring said base operating system from said client computer system to said mainframe computer; and<br><br>**using the client computer system to automatically customize said base operating system comprising said mainframe computer system to incorporate elements in said source profile information, wherein after said base operating system is customized, said mainframe computer system is automatically adapted for an initial program load.** | <br><br>**Evidence is taken from video at 2:54 min**<br><br>Source: https://www.youtube.com/watch?v=jD4ZET6TTEg |
| **Analyst Note:** Evidence demonstrates that how the customized virtual machine is operated on ESXI host (mainframe computer) remotely after restarting (IPL) the virtual machine by selecting power on option using vSphere web client (client computer system). ||