# EXHIBIT D

| US8042107B2 – Claim 5 as applied to VMware vSphere ||
|---|---|
| **A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising**:<br><br>a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;<br><br>a system discovery module, said system discovery module configured to:<br>perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically;<br><br>generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and<br><br>store said information representing said existing components and said configuration in a database;<br><br>an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and<br>an upgrade installation module, said upgrade installation module configured to:<br>combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;<br>perform an initial program load using said combination of components on said mainframe computer system;<br>receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and<br>install said optional product identified in said selection. | **Virtual machines were developed by IBM in the 1960's to provide concurrent, interactive access to a mainframe computer.** Each virtual machine is a replica of the underlying physical machine and users are given the illusion of running directly on the physical machine. Virtual machines also provide benefits like isolation and resource sharing, and the ability to run multiple flavors and configurations of operating systems. VMware tmWorkstation brings such mainframe-class virtual machine technology to PC-based desktop and workstation computers.<br><br>Source: https://www.vmware.com/pdf/usenix_io_devices.pdf<br><br>vCenter Server lets you pool and manage the resources of multiple hosts and lets you effectively monitor and manage your physical and virtual infrastructure. **You can manage resources for virtual machines, provision virtual machines, schedule tasks, collect statistics logs, create templates, and more**.<br>vCenter Server also provides vSphere vMotion ™, vSphere Storage vMotion, vSphere Distributed Resource Scheduler (DRS), vSphere High Availability (HA), and vSphere Fault Tolerance. These services enable efficient and automated resource management and high availability for virtual machines. In vSphere, ESXi provides the virtualization capabilities that aggregate and present the host hardware to virtual machines as a normalized set of resources. **Virtual machines can run on ESXi hosts** that **vCenter Server manages.**<br><br>**Virtual machines typically have an operating system, VMware Tools, and virtual resources and hardware t**hat you manage in much the same way as you would manage a physical computer.<br><br>**Upgrading Virtual Machines and VMware Tools**<br>After you upgrade ESXi hosts, **you can upgrade the virtual machines on the host to take advantage of new features.** VMware offers the following tools for upgrading virtual machines.<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/6.5/vsphere-esxi-vcenter-server-65-upgrade-guide.pdf |
| **Analyst Note:** Virtual Machines are software computers like a physical computer and run multiple applications and operating systems. Virtual machines run on the ESXi host. Virtual machines include an operating system to provide interactive access to mainframe computers (ESXI host). A virtual machine includes an operating system, VMware tools, and virtual resources and hardware (component). If anyone of the component is upgraded using the vSphere web client, then automatically upgrade the virtual machine on the host. ||

| US8042107B2 – Claim 5 as applied to VMware vSphere ||
|---|---|
| **A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising**:<br><br>a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;<br><br>a system discovery module, said system discovery module configured to:<br>perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically;<br><br>generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and<br><br>store said information representing said existing components and said configuration in a database;<br><br>an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and<br><br>an upgrade installation module, said upgrade installation module configured to:<br>combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;<br><br>perform an initial program load using said combination of components on said mainframe computer system;<br><br>receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and<br>install said optional product identified in said selection. | **After you perform an ESX/ESXi upgrade, you can upgrade all of the virtual machines that reside on the host to take advantage of new features.**<br>**The first step in upgrading virtual machines is to upgrade VMware Tools. If the virtual machines do not have VMware Tools installed, you can use the VMware Tools upgrade procedure to install VMware Tools. After you install or upgrade VMware Tools, upgrade the virtual machine compatibility.**<br><br>**VMware offers the following tools for upgrading virtual machines:**<br>**vSphere Web Client: Requires you to perform the virtual machine upgrade one step at a time.**<br><br>VMware Tools:<br>VMware Tools improves the performance and management of the virtual machine. VMware Tools is a suite of utilities that you install in the operating system of a virtual machine. VMware Tools enhances the performance of a virtual machine and makes possible many of the ease-of-use features in VMware products.<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that for upgrading virtual machines, the Vmware tool has to be upgraded. After upgrading the Vmware tools, the performance and management of virtual machines run on the host are improved. ||

## US8042107B2 – Claim 5 as applied to VMware vSphere

| | |
|---|---|
| **A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising**: <br><br> a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network; <br><br> a system discovery module, said system discovery module configured to: <br> perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically; <br><br> generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and <br><br> store said information representing said existing components and said configuration in a database; <br><br> an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and <br><br> an upgrade installation module, said upgrade installation module configured to: <br> combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information; <br> perform an initial program load using said combination of components on said mainframe computer system; <br> receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and <br> install said optional product identified in said selection. | **The VMware vSphere Web Client is the interface to vCenter Server, ESXi hosts, and virtual machines. With the vSphere Web Client, you can connect remotely to vCenter Server. The** vSphere Web Client is the primary interface for managing all aspects of the vSphere environment. **It also provides console access to virtual machines.** <br><br> **Cloning a virtual machine to a template preserves a master copy of the virtual machine so that you can create additional templates. For example, you can create one template, modify the original virtual machine by installing additional software in the guest operating system, and create another template**. See Clone a Virtual Machine to a Template in the vSphere Web Client. <br><br> **Cloning a virtual machine can save time if you are deploying many similar virtual machines. You can create, configure, and install software on a single virtual machine. You can clone it multiple times, rather than creating and configuring each virtual machine individually.** See Clone a Virtual Machine in the vSphere Web Client. <br><br> Cloning a virtual machine can save time if you are deploying many similar virtual machines. You can create, configure, **and install software on a single virtual machine.** You can clone it multiple times, rather than creating and configuring each virtual machine individually. See Clone a Virtual Machine in the **vSphere Web Client.** <br><br> Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that virtual machines are connected to the vSphere web client using the vCenter server which helps to access the virtual machine remotely. By cloning the virtual machines on the vSphere web client, additional software (optional product) is installed on virtual machines remotely. This further illustrates that the vSphere web client provides remote installation of at least one of an operating system (virtual machine includes operating system) upgrade and an optional product on an ESXi host (mainframe computer). | |

| US8042107B2 – Claim 5 as applied to VMware vSphere ||
|---|---|
| A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising:<br><br>**a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;**<br><br>a system discovery module, said system discovery module configured to:<br>perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically;<br><br>generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and<br><br>store said information representing said existing components and said configuration in a database;<br><br>an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and<br><br>an upgrade installation module, said upgrade installation module configured to:<br>combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;<br><br>perform an initial program load using said combination of components on said mainframe computer system;<br>receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and<br>install said optional product identified in said selection. | **The VMware vSphere Web Client is the interface to vCenter Server, ESXi hosts, and virtual machines. With the vSphere Web Client, you can connect remotely to vCenter Server. The vSphere Web Client is the primary interface for managing all aspects of the vSphere environment. It also provides console access to virtual machines.**<br><br>The vSphere Web Client presents the organizational hierarchy of managed objects in inventory views. Inventories are the hierarchal structure used by vCenter Server or the host to organize managed objects. This hierarchy includes the monitored objects in vCenter Server.<br><br>**vSphere Web Client:**<br>**All administrative functions are available through the vSphere Web Client. The vSphere Web Client is a cross platform application that can connect only to vCenter Server. It has a full range of administrative functionality and an extensible plug-in-based architecture. Typical users are virtual infrastructure administrators, help desk, network operations center operators, and virtual machine owners. Users can use the vSphere Web Client to access vCenter Server through a Web browser. The vSphere Web Client uses the VMware API to mediate the communication between the browser and the vCenter Server.**<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf<br><br>**vSphere Web Client**<br>**Requires you to perform the virtual machine upgrade one step at a time, but does not require vSphere Update Manager.** See the information about upgrading virtual machines in the vSphere Virtual Machine Administration documentation.<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/6.5/vsphere-esxi-vcenter-server-65-upgrade-guide.pdf |
| **Analyst Note:** Evidence demonstrates that the vSphere web client (personal computer) is required to perform the up-gradation process of virtual machines. The vSphere web client is an internet-based application installed on the physical computer and configured to interface that enables the user to deploy/install the software (operating system, VMware Tools, and guest operating system) to the ESXi host (mainframe computer) remotely. The vSphere Web Client uses the VMware API to mediate the communication between the browser and the vCenter Server (connected to the host). This further illustrates that the physical computer communicates with a mainframe computer system over a communication network. ||

| US8042107B2 – Claim 5 as applied to VMware vSphere ||
|---|---|
| A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising:<br><br>a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;<br><br>**a system discovery module, said system discovery module configured to:**<br>**perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically;**<br><br>generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and<br><br>store said information representing said existing components and said configuration in a database;<br><br>an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and<br><br>an upgrade installation module, said upgrade installation module configured to:<br>combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;<br>perform an initial program load using said combination of components on said mainframe computer system;<br>receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and<br>install said optional product identified in said selection. | **Adding Existing Virtual Machines to vCenter Server**<br>**When you add a host to vCenter Server, it discovers all the virtual machines** on that managed **host and adds them to the vCenter Server inventory.**<br><br>**Virtual Machine Files**<br>A virtual machine is a software computer that, like a physical computer, runs an operating system and applications. **The virtual machine consists of a set of specification and configuration files and is backed by the physical resources of a host.** Every virtual machine has virtual devices that provide the same functionality as physical hardware are more portable, more secure, and easier to manage.<br><br>**A virtual machine consists of several files that are stored on a storage device. The key files are the configuration file, virtual disk file, NVRAM setting file, and log file**. **You configure virtual machine settings through the vSphere Web Client,** one of the vSphere command-line interfaces (PowerCLI, vCLI) or the vSphere Web Services SDK.<br><br>**Virtual Machine Components**<br>**Virtual machines typically have an operating system, VMware Tools, and virtual resources and** **hardware that you manage in much the same way as you would manage a physical computer.**<br><br>In the vSphere Web Client, you assign each virtual machine to a compatible ESXi host version, cluster, or datacenter by applying a compatibility setting. The compatibility setting determines which ESXi host versions the virtual machine can run on and the hardware features available to the virtual machine.<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence shows that when the host (personal computer) is connected to the vCenter server (communication network), it starts the discovery of all the virtual machines (systems). This further illustrates that there is a system discovery module, which performs the discovery of all virtual machines in the vSphere web client when the host is connected to the vCenter server. Evidence also demonstrates that multiple configuration files, virtual disk files, setting files, VMware tools, and other components are installed on virtual machines which are show on the interface (vSphere web client) on personal computer. ||

| US8042107B2 – Claim 5 as applied to VMware vSphere ||
|---|---|
| A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising:<br><br>a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;<br><br>**a system discovery module, said system discovery module configured to:**<br>**perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured,** wherein said system discovery occurs substantially automatically;<br><br>generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and<br><br>store said information representing said existing components and said configuration in a database;<br><br>an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and<br><br>an upgrade installation module, said upgrade installation module configured to:<br>combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;<br>perform an initial program load using said combination of components on said mainframe computer system;<br>receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and<br>install said optional product identified in said selection. | **Configuring Virtual Machines in the vSphere Client VMware vSphere 5.5**<br>**You can add or configure most virtual machine properties** during the virtual machine creation process or after you create the virtual machine and install the guest operating system.<br><br>**You configure virtual machines and change nearly every characteristic that you selected when you created the virtual machine.**<br><br>**You can configure three types of virtual machine properties.**<br><br>**Hardware**<br>**View existing hardware configuration and add or remove hardware.**<br>**Options**<br>**View and configure a number of virtual machine properties, such as power management interaction between the guest operating system and virtual machine, and VMware Tools settings.**<br>**Resources**<br>**Configure CPUs, CPU hyperthreading resources, memory and disks.**<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/com.vmware.vsphere.hostclient.doc/GUID-345722F3-F46A-4409-98E1-5FF62A4CEFE4.html<br><br>**You configure the virtual machine hardware and can change nearly every characteristic that you selected when you created the virtual machine. You can view the existing hardware configuration and add or remove hardware.** You can configure CPUs, CPU hyperthreading resources, memory, and disks.<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that vSphere client configures the virtual machines properties (existing component) and helps to view (determine) the component installed in virtual machines.This further illustrates that by configuring the virtual machines properties on vSphere client (personal computer), the user can easily view (determine) the existing configuration (component) installed on mainframe computer (ESXi host). ||

| US8042107B2 – Claim 5 as applied to VMware vSphere ||
|---|---|
| A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising:<br><br>a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;<br><br>**a system discovery module, said system discovery module configured to:**<br>**perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically;**<br><br>generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and<br><br>store said information representing said existing components and said configuration in a database; | **Virtual Machine Discovery and Filtering for VMware**<br>For a new or existing subclient, you can define rules or select objects in the vCenter hierarchy to include or exclude virtual machines.<br><br>• **Automatic discovery enables you to automatically select virtual machines for a subclient based on criteria such as a name pattern, host, logical container, or storage location.**<br>• Filtering enables you to exclude virtual machines or VM disks based on similar criteria. You can define filters on a subclient (only applies to that subclient) or on a backup set (applies to all subclients under the backup set).<br><br>**By combining automatic discovery and filtering, you can precisely target virtual machines to be included for each subclient.** |
| | Source: https://documentation.commvault.com/commvault/v11/article?p=32180.htm |
| an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and<br><br>an upgrade installation module, said upgrade installation module configured to:<br>combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;<br><br>perform an initial program load using said combination of components on said mainframe computer system;<br>receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and<br>install said optional product identified in said selection. | **Import a Customization Specification in the vSphere Web Client:**<br>**You can import an existing specification using the Customization Specification Manager,** and use the specification to customize the guest operating system of a virtual machine.<br>Prerequisites:<br>Before you begin, you must have at least one customization specification saved as an xml file located on a file system accessible from the vSphere Web Client.<br>**Customization specifications are XML files that contain guest operating system settings for virtual machines.** When you apply a specification to the guest operating system during virtual machine cloning or deployment, you prevent conflicts that might result if you deploy virtual machines with identical settings, such as duplicate computer names. |
| | Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that the existing configuration of virtual machines installed on the host (mainframe computer) is discovered automatically after importing a customization specification used for upgrading the virtual machine. ||

| US8042107B2 – Claim 5 as applied to VMware vSphere ||
|---|---|
| A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising:<br><br>a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;<br><br>a system discovery module, said system discovery module configured to:<br>perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically;<br><br>**generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and**<br><br>store said information representing said existing components and said configuration in a database;<br><br>an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and<br><br>an upgrade installation module, said upgrade installation module configured to:<br>combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;<br><br>perform an initial program load using said combination of components on said mainframe computer system;<br><br>receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and<br><br>install said optional product identified in said selection. | **Clone a Virtual Machine in the vSphere Web Client**<br>**Cloning a virtual machine creates a virtual machine that is a copy of the original. The new virtual machine is configured with the same virtual hardware, installed software, and other properties that were configured for the original virtual machine.**<br><br>**To make an original copy of a virtual machine, you can clone an existing virtual machine.** You can open the New Virtual Machine wizard from any object in the inventory that is a valid parent object of a virtual machine. You can also open the wizard directly from the virtual machine that you are going to clone.<br><br>You must create, provision, and deploy your virtual machines before you can manage them. **To begin provisioning virtual machines, determine whether to create a single virtual machine and install an operating system and VMware tools,** work with templates and clones, **or deploy virtual machines, virtual appliances, or vApps stored in Open Virtual Machine Format (OVF).**<br><br>**After you provision and deploy virtual machines into the vSphere infrastructure, you can configure and manage them.** You can configure existing virtual machines by modifying or adding hardware or install or upgrade VMware Tools. You might need to manage multitiered applications with VMware vApps or change virtual machine startup and shutdown settings, use virtual machine snapshots, work with virtual disks, or add, remove, or delete virtual machines from the inventory.<br><br>You create and deploy virtual machines into your datacenter in a several ways. You can create a single virtual machine and install a guest operating system and VMware Tools on it. **You can clone or create a template from an existing virtual machine, or deploy OVF templates.**<br>**To deploy virtual machines in the vCenter Server inventory, you can deploy from a template,**<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that the template or cloning of virtual machine on the vSphere web client (interface on the personal computer) creates the same copy of the existing configuration of the virtual machine installed on the ESXi host (mainframe computer). This further illustrates that generate information (clone or template) in response to the existing configuration of the virtual machines. ||

| US8042107B2 – Claim 5 as applied to VMware vSphere ||
|---|---|
| A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising:<br><br>a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;<br><br>a system discovery module, said system discovery module configured to:<br>perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically;<br><br>**generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and**<br><br>store said information representing said existing components and said configuration in a database;<br><br>an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and<br><br>an upgrade installation module, said upgrade installation module configured to:<br>combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;<br><br>perform an initial program load using said combination of components on said mainframe computer system;<br><br>receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and<br><br>install said optional product identified in said selection. | vSphere Virtual Machine Administration describes how to create, configure, and manage virtual machines in the VMware vSphere® environment.<br>In addition, this information provides introductions to the tasks that you can do within the system as well as cross-references to the information that describes the tasks.<br>This information focuses on managing virtual machines in the VMware vSphere Web Client and includes the following information.<br><ul><li>**Creating and deploying virtual machines, templates, and clones**</li><li>Deploying OVF templates</li><li>Configuring virtual machine hardware and options</li><li>Managing multitiered applications with VMware vSphere vApp</li><li>Monitoring solutions with the vCenter Solution Manager</li><li>Managing virtual machines, including using snapshots</li><li>Configuring and installing VMware tools</li><li>Upgrading virtual machines.</li></ul><br>**Import a Customization Specification in the vSphere Web Client**<br>**You can import an existing specification** using the Customization Specification Manager, and use the specification to customize the guest operating system of a virtual machine.<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that the user creates (generate) a template from an existing virtual machine using a vSphere web client (client computer system). The template comprising a guest operating system and make changes to the template, such as installing additional software in the guest operating system (template) to upgrade the virtual machines. ||

| US8042107B2 – Claim 5 as applied to VMware vSphere ||
|---|---|
| A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising:<br><br>a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;<br><br>a system discovery module, said system discovery module configured to:<br>perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically;<br><br>generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and<br><br>**store said information representing said existing components and said configuration in a database;**<br><br>an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and<br><br>an upgrade installation module, said upgrade installation module configured to:<br>combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;<br><br>perform an initial program load using said combination of components on said mainframe computer system;<br><br>receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and<br><br>install said optional product identified in said selection. | **Select a Datastore**<br>**Select the datastore or datastore cluster in which to store the virtual machine configuration files and all of the virtual disks.** Each datastore might have a different size, speed, availability, and other properties. The available datastores are accessible from the destination resource that you selected.<br><br>**A virtual machine consists of several files that are stored on a storage device. The key files are the configuration file, virtual disk file, NVRAM setting file, and log file.** You configure virtual machine settings through the vSphere Web Client, one of the vSphere command-line interfaces (PowerCLI, vCLI) or the vSphere Web Services SDK.<br><br>**Before you begin, you must have at least one customization specification saved as an xml file located on a file system accessible from the vSphere Web Client.**<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf<br><br><br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that the virtual machine consists of specification, configuration files, and virtual disk files (component) stored on a storage device. The customization specification (existing configuration) of the virtual machine is also stored/located on file system/datastore (database). The customization specification is saved as an xml file. ||

| US8042107B2 – Claim 5 as applied to VMware vSphere ||
|---|---|
| A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising:<br><br>a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;<br><br>a system discovery module, said system discovery module configured to:<br>perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically;<br><br>generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and<br><br>store said information representing said existing components and said configuration in a database;<br><br>**an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and**<br><br>an upgrade installation module, said upgrade installation module configured to:<br>combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;<br><br>perform an initial program load using said combination of components on said mainframe computer system;<br><br>receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and<br><br>install said optional product identified in said selection. | **You install a guest operating system on a virtual machine the same way as you install an operating system on a physical computer. You must have a CD/DVD-ROM or ISO image containing the installation files from an operating system vendor.**<br><br>**You can upload an ISO image file to a datastore from your local computer**. You can do this when a virtual machine, host, or cluster does not have access to a datastore or to a shared datastore that has the guest operating system installation media that you require.<br><br>**Select a Datastore**<br>**Select the datastore or datastore cluster in which to store the virtual machine configuration files and all of the virtual disks**. Each datastore might have a different size, speed, availability, and other properties. The available datastores are accessible from the destination resource that you selected.<br><br>After you select the template from which to deploy the virtual machine, you can optionally select to customize the guest operating system and the virtual machine hardware. You can also select to turn on the virtual machine when you complete the creation procedure. You can change the properties of the guest operating system, such as the computer name, and network and license settings**, which helps prevent conflicts that can result if virtual machines with identical settings are deployed. You can add a CD device such as an ISO file to install the guest operating system, or reconfigure the virtual machines' hardware, such as storage or networking, before you deploy the virtual machine.**<br><br>**Customizing Guest Operating Systems in the vSphere Web Client: When you clone a virtual machine or deploy a virtual machine from a template, you can customize the guest operating system of the virtual machine** to change properties such as the computer name, network settings, and license settings.<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that to install a guest operating system on a virtual machine, ISO image or file is uploaded from datastore (database). After uploading the ISO image or file, the user can connect the ISO image or file to the virtual machine's CD/DVD drive and install the guest operating system on the ESXi host. Datastore (database) is used to store configuration files of virtual machines.  This further illustrates that ISO image or file consists of configuration flies (a plurality of operating system components) of virtual machines and these configuration files are transferred to the ESXi host (mainframe computer) by installing a guest operating system using the vSphere web client. ||

## US8042107B2 – Claim 5 as applied to VMware vSphere

| | |
|---|---|
| A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising:<br><br>a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;<br><br>a system discovery module, said system discovery module configured to:<br>perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically;<br><br>generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and<br><br>store said information representing said existing components and said configuration in a database;<br><br>**an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and**<br><br>an upgrade installation module, said upgrade installation module configured to:<br>combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;<br><br>perform an initial program load using said combination of components on said mainframe computer system;<br><br>receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and<br><br>install said optional product identified in said selection. | **If you are installing the guest operating system from an ISO image file, configure the CD/DVD drive in the virtual machine to point to the ISO image file and configure the drive to connect at power on.**<br><br>a   Select the virtual machine and select VM > Settings.<br>b   On the Hardware tab, select CD/DVD drive.<br>c   Select Connect at power on.<br>d   (Remote virtual machine only) Select the location of the ISO image file.<br>e   Select Use ISO image file and browse to the location of the ISO image file.<br>f   Click OK to save your changes.<br><br>Source: https://kb.vmware.com/s/article/1002<br><br>    **Mainframe computer**<br><br>**Evidence is taken from video at 0:16 min and 0:20 min**<br><br>Source: https://www.youtube.com/watch?v=jD4ZET6TTEg |

**Analyst Note:** Evidence shows that after customization of the guest operating system (template) of the existing configuration of the virtual machine, then the customized (upgraded) guest operating system is deployed to the host (mainframe computer) by transferring ISO files stored on datastore as shown on previous slide. This further illustrates that an operating system upgrade is transferred to the host.

| US8042107B2 – Claim 5 as applied to VMware vSphere ||
|---|---|
| A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising:<br><br>a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;<br><br>a system discovery module, said system discovery module configured to:<br>perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically;<br><br>generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and<br><br>store said information representing said existing components and said configuration in a database;<br><br>an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and<br><br>**an upgrade installation module, said upgrade installation module configured to:**<br>**combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;**<br><br>perform an initial program load using said combination of components on said mainframe computer system;<br><br>receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and<br><br>install said optional product identified in said selection. | **Customizing Guest Operating Systems in the vSphere Web Client**<br>**When you clone a virtual machine or deploy a virtual machine from a template, you can customize the guest operating system** of the virtual machine to change properties such as the computer name, network settings, and license settings.<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf<br><br>**Change the Configured Guest Operating System in the vSphere Client**<br>**When you change the guest operating system type in the virtual machine settings, you change the setting for the guest operating system in the virtual machine's configuration file. To change the guest operating system itself, you must install the new operating system in the virtual machine.**<br><br>When you set the guest operating system type for a new virtual machine, vCenter Server chooses configuration defaults based on the guest type. **Changing the guest operating system type after the virtual machine is created does not retroactively change those settings.** It affects the recommendations and setting ranges offered after the change.<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/com.vmware.vsphere.hostclient.doc/GUID-CA4266F4-80CB-4310-A0AD-D8AD9C530423.html |
| **Analyst Note:** Evidence demonstrates that after creating the template or clone of the existing virtual machine, the template (comprising guest operating system) is customized or changed using vSphere web client by adding software for upgrading the existing components (profiles, variables, and resources) installed on the mainframe environment (host). ||

| US8042107B2 – Claim 5 as applied to VMware vSphere ||
|---|---|
| A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising:<br><br>a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;<br><br>a system discovery module, said system discovery module configured to:<br>perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically;<br><br>generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and<br><br>store said information representing said existing components and said configuration in a database;<br><br>an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and<br><br>**an upgrade installation module, said upgrade installation module configured to:**<br>**combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;**<br><br>perform an initial program load using said combination of components on said mainframe computer system;<br><br>receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and<br><br>install said optional product identified in said selection. | **You can create and manage customization specifications for Windows and Linux guest operating systems. Customization specifications are XML files that contain guest operating system settings for virtual machines.** When you apply a specification to the guest operating system during virtual machine cloning or deployment, you prevent conflicts that might result if you deploy virtual machines with identical settings, such as duplicate computer names.<br><br>**To customize the guest operating system, you must configure the virtual machine and guest to meet VMware Tools and virtual disk requirements.** Other requirements apply, depending on the guest operating system type.<br><br>**Clone a Template to a Template in the vSphere Web Client:**<br>After you create a template, you can clone it to a template. **Templates are master copies of virtual machines that let you create ready-for-use virtual machines. You can make changes to the template, such as installing additional software in the guest operating system, while preserving the state of the original template.**<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf<br><br>**Clone a vmware with a customization guest OS with just a few click**<br>**So finally, once we've created the customization specification, we can clone and automatically customize a VM with a few clicks.**<br><br>Source: https://4sysops.com/archives/clone-a-vmware-vm-with-guest-os-customization/ |
| **Analyst Note:** Evidence demonstrates that guest operating system is customized automatically on the existing configuration of virtual machine. ||

| US8042107B2 – Claim 5 as applied to VMware vSphere ||
|---|---|
| A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising:<br><br>a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;<br><br>a system discovery module, said system discovery module configured to:<br>perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically;<br><br>generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and<br><br>store said information representing said existing components and said configuration in a database;<br><br>an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and<br><br>an upgrade installation module, said upgrade installation module configured to:<br>combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;<br><br>**perform an initial program load using said combination of components on said mainframe computer system;**<br><br>receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and<br><br>install said optional product identified in said selection. | **Using PXE with Virtual Machines**<br>**You can start a virtual machine from a network device and remotely install a guest operating system using a Preboot Execution Environment (PXE).** You do not need the operating system installation media. When you turn on the virtual machine, the virtual machine detects the PXE server.<br><br>**PXE booting is supported for Guest Operating Systems that are listed in the VMware Guest Operating System Compatibility list and whose operating system vendor supports PXE booting of the operating system.**<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf<br><br>Table 6-1. Virtual Machine Options<br><br>| Options | Description |<br>|---|---|<br>| General Options | Virtual machine name and location of the virtual machine configuration file and virtual machine working location. View or change the type and version of the guest operating system. |<br>| VMware Remote Console Options | Locking behavior and settings for simultaneous connections. |<br>| VMware Tools | Power Controls behavior, VMware Tools scripts, automatic upgrades, and time synchronization between the guest and host. |<br>| Power Management | Virtual machine Suspend behavior and wake on LAN. |<br>| Boot Options | Virtual machine boot options. Add a delay before booting, force entry into the BIOS or EFI setup screen, or set reboot options. |<br>| Advanced | Advanced virtual machine options. See the table below. |<br>| Fibre Channel NPIV | Virtual node and port World Wide Names (WWNs). |<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that using a preboot execution environment, the virtual machine performs booting or restart (initial program load) over the network. PXE booting is used for the guest operating system. ||

| US8042107B2 – Claim 5 as applied to VMware vSphere | |
|---|---|
| A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising:<br><br>a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;<br><br>a system discovery module, said system discovery module configured to:<br>perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically;<br><br>generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and<br><br>store said information representing said existing components and said configuration in a database;<br><br>an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and<br><br>an upgrade installation module, said upgrade installation module configured to:<br>combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;<br><br>**perform an initial program load using said combination of components on said mainframe computer system;**<br><br>receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and<br><br>install said optional product identified in said selection. | **You can use a preboot execution environment (commonly known as PXE) to boot a virtual machine over a network. When you use PXE with a virtual machine, you can:**<br>• Remotely install a guest operating system over a network without needing the operating system installation media.<br>• Deploy an image of a virtual disk to the virtual machine.<br>• **Boot a Linux virtual machine over the network and run it diskless**<br><br>Source:https://pubs.vmware.com/server1/vm/wwhelp/wwhimpl/common/html/wwhelp.htm?context=vm&file=running_pxe_gsx.html<br><br>**Virtual machines are encapsulated in a small number of files. One of the important files is the configuration file (.vmx file). This file governs the performance of the virtual hardware and other settings.** You can use several methods to see and modify the configuration settings:<br>• Open the .vmx file directly in a text editor.<br>• **Use the vSphere Web Client to edit virtual machine settings. In the vSphere Web Client, editing these configuration parameters is an advanced option in the virtual machine Edit Settings dialog box.**<br>• **Use the vSphere Client to edit virtual machine settings. In the vSphere Client, editing these configuration parameters is an advanced option in the virtual machine Edit Settings dialog box.**<br>• **Use a vSphere API-based tool, such as Power CLI, to view and modify .vmx parameters.**<br><br>**After you edit a setting, the change does not take effect until you restart the virtual machine.**<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that after editing (customized or modified) the virtual machine setting (includes configuration files of existing virtual machine), the change does not take effect until the user restart the virtual machine using vSphere web client (client computer system). The restart term is the equivalent to initial program load (IPL). | |

| US8042107B2 – Claim 5 as applied to VMware vSphere ||
|---|---|
| A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising:<br><br>a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;<br><br>a system discovery module, said system discovery module configured to:<br>perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically;<br><br>generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and<br><br>store said information representing said existing components and said configuration in a database;<br><br>an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and<br><br>an upgrade installation module, said upgrade installation module configured to:<br>combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;<br><br>perform an initial program load using said combination of components on said mainframe computer system;<br><br>**receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and**<br><br>install said optional product identified in said selection. | Cloning a virtual machine can save time if you are deploying many similar virtual machines**. You can create, configure, and install software on a single virtual machine.** You can clone it multiple times, rather than creating and configuring each virtual machine individually. See Clone a Virtual Machine in the vSphere Web Client.<br><br>**In the vSphere Web Client, you can view an inventory of installed solutions, view detailed information about the solutions, and monitor the solution health status.** A solution is an extension of vCenter Server that adds new functions to a vCenter Server instance.<br><br>**You can install a solution to add functionality from third-party technologies to the standard functions of vCenter Server. Solutions typically are delivered as OVF packages. You can install and deploy solutions from the vSphere Web Client. You can integrate solutions into the vCenter Solutions Manager, which provides a view in the vSphere Web Client that lists all solutions.**<br><br>Cloning a virtual machine to a template preserves a master copy of the virtual machine so that you can create additional templates. **For example, you can create one template, modify the original virtual machine by installing additional software in the guest operating system, and create another template.** See Clone a Virtual Machine to a Template in the vSphere Web Client.<br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |
| **Analyst Note:** Evidence demonstrates that by cloning a virtual machine configuration on vSphere client (personal computer) the user can modify (upgrade) the virtual machine by installing additional software (optional product) in the guest operating system. In the vSphere web client (personal computer) the user can view all the installed solutions and also have the option to install/deploy additional solutions. This further illustrates that selection of solutions (optional product) is done from vSphere client (personal computer). ||

## US8042107B2 – Claim 5 as applied to VMware vSphere

| | |
|---|---|
| A system for a remote installation of at least one of an operating system upgrade and an optional product on a mainframe computer system, said system comprising:<br><br>a personal computer, said personal computer programmed and configured to interface with said mainframe computer system over a communication network;<br><br>a system discovery module, said system discovery module configured to:<br>perform system discovery to determine existing components installed on said mainframe computer system and how said mainframe computer system is configured, wherein said system discovery occurs substantially automatically;<br><br>generate information in response to said system discovery, wherein said information represents said existing components and said configuration; and<br><br>store said information representing said existing components and said configuration in a database;<br><br>an operating system transfer module, said operating system transfer module configured to transfer a plurality of mainframe operating system components comprising said operating system upgrade to said mainframe after said system discovery is performed; and<br><br>an upgrade installation module, said upgrade installation module configured to:<br>combine said plurality of mainframe operating system components with said existing components and customize said combination of components in response to receiving instructions from said personal computer, wherein said combining and said customizing are performed automatically using said information;<br><br>perform an initial program load using said combination of components on said mainframe computer system;<br><br>receive a selection of said optional product from said personal computer to be included in said upgrade after said initial program load; and<br><br>**install said optional product identified in said selection.** | Cloning a virtual machine can save time if you are deploying many similar virtual machines. **You can create, configure, and install software on a single virtual machine.** You can clone it multiple times, rather than creating and configuring each virtual machine individually. See Clone a Virtual Machine in the vSphere Web Client.<br><br>**You can install a solution to add functionality from third-party technologies to the standard functions of vCenter Server. Solutions typically are delivered as OVF packages**. **You can install and deploy solutions from the vSphere Web Client.** You can integrate solutions into the vCenter Solutions Manager, which provides a view in the vSphere Web Client that lists all solutions.<br><br><br>Source: https://docs.vmware.com/en/VMware-vSphere/5.5/vsphere-esxi-vcenter-server-552-virtual-machine-admin-guide.pdf |

**Analyst Note:** Evidence demonstrates that the acquired (selected) product/solution is installed on the mainframe computer system (ESXi host) using a vSphere web client.